## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **ADEE HONEY FARMS**, *et al.*, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Consol. Court No. 16-00127 <br> ) |
| **UNITED STATES**, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF APPEAL

Notice is hereby given that Monterey Mushrooms, Inc., consolidated plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and order entered in this action on June 16, 2022.

Respectfully submitted,

*/s/ Adam H. Gordon*
Adam H. Gordon, Esq.
Jennifer M. Smith, Esq.
Lauren Fraid, Esq.

**THE BRISTOL GROUP PLLC**
1707 L Street, NW
Suite 570
Washington, D.C. 20036
Tel.: (202) 991-2701
adam.gordon@bristolgrouplaw.com
*Counsel to Plaintiff Monterey Mushrooms, Inc.*

August 5, 2022